STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. HARRY
A. VREELAND, PLAINTIFF IN ERROR.

Argued March 22, 1917—Decided June 18, 1917.

On error to the Supreme Court, whose opinion is reported
in 89 *N. J. L.* 423.

For the defendant in error, *Martin P. Devlin.*

For the plaintiff in error, *John A. Hartpence.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE,
BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WIL-
LIAMS, TAYLOR, GARDNER, JJ.  11.

*For reversal*—None.